NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GARY G. SPARTOS,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2010-7094

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 08-1698, Judge Bruce E. Kasold.

---

## ON MOTION

---

## O R D E R

Upon consideration of Gary G. Spartos' motion to voluntarily withdraw his appeal,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

___NOV   3 2010___          /s/ Jan Horbaly___
        Date                Jan Horbaly
                            Clerk

cc:  Kenneth M. Carpenter, Esq.
     L. Misha Preheim, Esq.

s21

     Issued As A Mandate: __NOV   3 2010___

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 0 3 2010

JAN HORBALY
CLERK